UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **IRENE D. IEZZI,** | ) |
| | ) |
| **Plaintiff** | ) |
| v. | )  Civil No.  09-10-P-S |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| | ) |
| | ) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 11) filed October 27, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Decision of the Commissioner is **VACATED** and the case is **REMANDED** for further proceedings consistent with the Recommended Decision.

  /s/ George Z. Singal  
United States District Judge

Dated this 18th day of November, 2009.