## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| IRENE D. IEZZI,          )              | |
|                          )              | |
|     Plaintiff            )              | |
|  v.                      )              No. 2: 09-10-GZS |
|                          )              | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| Of Social Security,      )              | |
|                          )              | |
|     Defendants           )              | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 19) filed January 31, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Award of Attorney Fees (Docket No. 18) is **GRANTED** in the amount of $3,848.00 payable to her attorney, with the proviso that her attorney refund to her the sum of $2,283.00 in previously-awarded EAJA fees.

                                                                       /s/ George Z. Singal
                                                                        United States District Judge

Dated this 22nd day of February, 2011.